Jean S. Martin *(admitted pro hac vice)*
**AYLSTOCK WITKIN**
**KREIS & OVERHOLTZ, PLC**
17 E. Main St., Suite 200
Pensacola, FL 32502
Phone: 850.202.1010
jmartin@awkolaw.com

Bryan L. Bleichner *(admitted pro hac vice)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: 612.339.7300
Fax: 612.336.2640
bbleichner@chestnutcambronne.com

*Interim Co-Lead Class-Counsel for Plaintiffs and the Proposed Class*

Paul G. Karlsgodt *(admitted pro hac vice)*
Sarah A. Ballard *(admitted pro hac vice)*
Keeley O. Cronin *(admitted pro hac vice)*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Phone: 303.861.0600
Fax: 303.861.7805
pkarlsgodt@bakerlaw.com
sballard@bakerlaw.com
kcronin@bakerlaw.com

Michelle M. Buckley (AZ #030617)
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: 602.650.2000
Fax: 602.264.7033
mmbuckley@polsinelli.com

*Attorneys for Defendant Yuma Regional Medical Center*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Dillan Clarke, Elayne Martinez, Brian Kircher, Juanita Sarabia, Megan Kircher, Donald Banti and Marcia Banti, Ryan Mangum and Tiffany Mangum, Anthony Spano, Carol Ashby, Margaret O'Grady, Mayra Esquivel and her minor son, E.N., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Yuma Regional Medical Center,

Defendant.

Lead Case No. 2:22-CV-01061-PHX-SMB

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Dillan Clarke, Elayne Martinez, Brian Kircher, Juanita Sarabia, Megan Kircher, Donald Banti and Marcia Banti, Ryan Mangum and Tiffany Mangum, Anthony Spano, Carol Ashby, Margaret O'Grady, Mayra Esquivel, and her minor son, E.N. ("Plaintiffs") and Defendant Yuma Regional Medical Center ("YRMC") (together with Plaintiffs, the "Parties"), respectfully submit this Joint Notice of Settlement to the Court and state as follows:

1) On December 13, 2024, Plaintiffs filed a putative First Amended Consolidated Class Action Complaint. ECF No. 83.

2) On August 13, 2025, the Court granted in part and denied in part YRMC's motion to dismiss, dismissing all but Plaintiffs' Arizona Consumer Fraud Act ("ACFA") claim. ECF No. 95.

3) On September 26, 2025, Defendant filed its Answer to Plaintiffs' First Amended Consolidated Complaint. ECF No. 99.

4) On March 25, 2026, the Court issued its Amended Case Management Order. ECF No. 110.

5) In its order, the Court set June 9, 2026 as the deadline for the Parties to "engage in good faith settlement talks," further requiring that the Parties file a joint report on settlement talks no later than June 16, 2026. *Id.* at ¶ 7.

6) Pursuant to the Court's order, the Parties inform the Court that on May 29, 2026, the Parties conducted an in-person mediation with Bruce Friedman, Esq. of JAMS.

7) The Parties further inform the Court that they have reached an agreement in principle to settle the above-captioned action on a class-wide basis.

8) The Parties are currently finalizing settlement terms and drafting a written settlement agreement and preliminary approval papers.

9) The Parties anticipate Plaintiffs filing their motion for preliminary approval papers within the next 45 days.

Respectfully submitted this 15th day of June, 2026.

By: *<u>/s/ Jean S. Martin (with permission)</u>*
Jean S. Martin (admitted *pro hac vice*)
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLC**
17 E. Main St., Suite 200
Pensacola, FL 32502

Bryan L. Bleichner (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

By: *<u>/s/ Keeley O. Cronin</u>*
Paul G. Karlsgodt (admitted *pro hac vice*)
Sarah A. Ballard (admitted *pro hac vice*)
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202

Michelle M. Buckley
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, Arizona 85004

*Attorneys for Defendant Yuma Regional Medical Center*